**Order entered November 23, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00965-CV

## GALOVELHO, LLC, Appellant

## V.

## GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF TEXAS; COLLIN COUNTY, TEXAS, AND CITY OF FRISCO, TEXAS, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02595-2020**

## ORDER

This appeal follows the trial court's final judgment granting appellees' pleas to the jurisdiction and dismissing appellant's claims against appellees. An interlocutory appeal from some of the jurisdictional pleas at issue in this appeal was filed, and voluntarily dismissed, last year. That appeal was docketed appellate cause number 05-20-00784-CV. At the time of dismissal, the clerk's record and a

supplemental clerk's record, containing documents filed through September 21, 2020, had been filed.

The clerk's record in this appeal has also been filed. It includes documents filed beginning September 28, 2020. The live pleadings are not included in this record but are included in the record filed in the 2020 appeal.

Although the Court could request the record be supplemented in this appeal with the live pleadings, a transfer of the record in the 2020 appeal would be more efficient. Accordingly, on the Court's own motion, we **ORDER** the clerk's and supplemental clerk's records in appellate cause number 05-20-00784-CV **TRANSFERRED** into this appeal.

The reporter's record in this appeal remains due January 19, 2022.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE